IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 4:99-cr-42 |
| Plaintiff, | ) | |
| -vs- | ) | **AMENDED** |
| | ) | **ORDER FOR JUDGMENT** |
| BERNADINE ROSE AZURE a/k/a | ) | **DEBTOR EXAMINATION** |
| BERNADINE AZURE, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the Application of the United States, and it appearing therefrom that this is a proper case for the appearance of Bernadine Rose Azure a/k/a Bernadine Azure, judgment debtor:

IT IS ORDERED THAT Bernadine Rose Azure a/k/a Bernadine Azure appear in the Courtroom of the Ronald Davies Federal Building, 102 Fourth Street North, Grand Forks, North Dakota, on August 27, 2008, at 10:30 a.m., before the Honorable Alice R. Senechal, Magistrate Judge of the United States District Court, to answer questions concerning the judgment debtor's assets, income, expenditures, personal and real property and credits.

IT IS FURTHER ORDERED that the judgment debtor shall bring to the debtor examination a copy of a current pay stub, last federal tax return, all documents evidencing ownership of personal or real property having a value in excess of One Hundred Dollars ($100), and all records and documents listed in Attachment A.

IT IS FURTHER ORDERED that, in the alternative, the judgment debtor may appear before the United States Magistrate Judge at the time and place directed above

with a fully-completed (signed and dated) Financial Statement of Individual Debtor ("Financial Statement"), attached to Attachment A to the Application, or submit the completed Financial Statement to the United States Attorney on or before August 18, 2008.

FAILURE TO OBEY THIS ORDER WILL RESULT IN THE ISSUANCE OF A BENCH WARRANT FOR YOUR ARREST.

Dated this 17th day of June, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court